1   SCOTT N. SCHOOLS (SC 9990)
    United States Attorney
2
    BRIAN J. STRETCH (CSBN 163973)
3   Chief, Criminal Division

4   KYLE F. WALDINGER (ILSB 6238304)
    Assistant United States Attorney
5
        450 Golden Gate Avenue, 11th Floor
6       San Francisco, California 94102
        Telephone: (415) 436-6830
7       Facsimile: (415) 436-7234

8   Attorneys for Plaintiff

9                   UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11                    SAN FRANCISCO DIVISION

12  UNITED STATES OF AMERICA,          )
                                       )
13              Plaintiff,             )    No. CR 07-0337 MHP
                                       )    [Filed May 30, 2007]
14          v.                         )
                                       )
15  JACQUELINE FROEHLICH-              )
    L'HEUREAUX,                        )
16                                     )
                Defendant.             )    SAN FRANCISCO VENUE
17  _____   )

18  UNITED STATES OF AMERICA,          )
                                       )
19              Plaintiff,             )    No. CR 07-0568 MMC
                                       )    [Filed August 31, 2007]
20          v.                         )
                                       )    **NOTICE OF RELATED CASE
21  MARK JACOBSON,                     )    IN A CRIMINAL ACTION**
                                       )
22              Defendant.             )    SAN FRANCISCO VENUE
    _____   )
23

24      The United States of America, pursuant to Local Criminal Rule 8-1, hereby notifies the

25  Court that the two above-captioned criminal cases are related.  The more recent charges filed on

26  August 31, 2007 in case CR 07-0568 MMC (see Attachment) involve an individual alleged to

27  have been involved in the same alleged events and occurrences as the defendant charged in the

28  Information in case CR 07-0337 MHP now pending before The Honorable Marilyn Hall Patel.

    NOTICE OF RELATED CASE
    CR 07-0337 MHP

1    The Information in case CR 07-0337 MHP relates to that defendant's participation in a

2  conspiracy (1) to gain unauthorized access and exceed authorized access to the computer systems

3  of Korn/Ferry International and (2) to traffic in a Korn/Ferry password.  The defendant Froehlich-

4  L'Heureaux made her initial appearance before this Court on June 4, 2007.  At that time, the

5  government indicated that it anticipated filing charges against additional individuals, and the

6  Court indicated at that time that, under such circumstances, it would be inclined to make a

7  related-case finding.

8    The Information in the newly filed case CR 07-0568 MMC relates to that defendant's

9  alleged participation in a conspiracy (1) to gain unauthorized access and exceed authorized

10 access to the computer systems of Korn/Ferry International; (2) to traffic in a Korn/Ferry

11 password; and (3) to misappropriate, receive, possess, and transmit trade secrets belonging to

12 Korn/Ferry.  Some of the overt acts alleged in the Information in case CR 07-0568 MMC are the

13 same as those alleged in the Information in case CR 07-0337 MHP.

14    Based upon these facts, the cases are related within the meaning of Local Rule 8-1(b)(1)

15 because they involve the same alleged events and occurrences.  Furthermore, the cases are related

16 within the meaning of Local Rule 8-1(b)(2) because, if heard by separate judges, they are likely

17 to entail substantial duplication of labor by the two judges or may create unnecessary expenses.

18    Per the requirement of Local Criminal Rule 8-1(c)(4), government counsel states that

19 assignment of these cases to a single judge is likely to conserve judicial resources and promote an

20 efficient determination of each action.

21 DATED: August 31, 2007                Respectfully submitted,

22                                       SCOTT N. SCHOOLS
                                         United States Attorney
23

24                                       _____/S/_____
25                                       KYLE F. WALDINGER
                                         Assistant United States Attorney
26

27

28

NOTICE OF RELATED CASE
CR 07-0337 MHP                    2