AO 455 (Rev. 5/85) Waiver of Indictment

# United States District Court

**NORTHERN**     DISTRICT OF     **CALIFORNIA**

**FILED**

SEP 21 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

**V.**

MARK JACOBSON

## WAIVER OF INDICTMENT

CASE NUMBER:  CR 07-0568 MHP

I,      Mark Jacobson      , the above named defendant, who is accused of

conspiracy to misappropriate, receive, possess, and transmit trade secrets; gain unauthorized access to a protected computer; exceed authorized access to a protected computer; and traffic in a password allowing unauthorized access to a protected computer, in violation of Title 18, United States Code, Sections 1832(a)(5) and 371,

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive

in open court on      September 21, 2007      prosecution by indictment and consent that the
*Date*

proceeding may be by information rather than by indictment.

Defendant

Before _____
*Judicial Officer*

Counsel for Defendant