1  SCOTT N. SCHOOLS (SC 9990)
   United States Attorney
2
   BRIAN J. STRETCH (CSBN 163973)
3  Chief, Criminal Division

4  KYLE F. WALDINGER (ILSB 6238304)
   Assistant United States Attorney
5
   450 Golden Gate Avenue, 11th Floor
6  San Francisco, California 94102
   Telephone: (415) 436-6830
7  Facsimile: (415) 436-7234

8  Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) No. CR 07-0568 MHP |
|---|---|
| Plaintiff, | ) [~~PROPOSED~~] ORDER SEALING PLEA AGREEMENT, APPLICATION FOR |
| v. | ) PERMISSION TO ENTER PLEA OF GUILTY, AND REPORTER'S TRANSCRIPT |
| MARK JACOBSON, | ) OF GUILTY PLEA HEARING |
| Defendant. | ) SAN FRANCISCO VENUE |

Good cause appearing therefor, it is hereby ordered that the parties' Plea Agreement, the defendant Mark Jacobson's Application for Permission to Enter Plea of Guilty, and the Reporter's Transcript of the Guilty Plea Hearing in this matter be filed and maintained under seal. These documents shall be unsealed only after prior notice to all parties.

DATED: September 24, 2007

MARILYN HALL PATEL
United States District Judge

[PROPOSED] SEALING ORDER
CR 07-0568 MHP