1  SCOTT N. SCHOOLS (SC 9990)
   United States Attorney
2
   BRIAN J. STRETCH (CSBN 163973)
3  Chief, Criminal Division

4  KYLE F. WALDINGER (ILSB 6238304)
   Assistant United States Attorney
5
   450 Golden Gate Avenue, 11th Floor
6  San Francisco, California 94102
   Telephone: (415) 436-6830
7  Facsimile: (415) 436-7234

8  Attorneys for Plaintiff

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                        SAN FRANCISCO DIVISION

12 | UNITED STATES OF AMERICA,        ) No. CR 07-0568 MHP
                                      )
13 |      Plaintiff,                  ) [PROPOSED] ORDER SEALING PLEA
                                      ) AGREEMENT, APPLICATION FOR
14 | v.                               ) PERMISSION TO ENTER PLEA OF
                                      ) GUILTY, AND REPORTER'S TRANSCRIPT
15 | MARK JACOBSON,                   ) OF GUILTY PLEA HEARING
                                      )
16 |                                  ) SAN FRANCISCO VENUE
          Defendant.                  )
17 |_____)

18     Good cause appearing therefor, it is hereby ordered that the parties' Plea Agreement, the

19 defendant Mark Jacobson's Application for Permission to Enter Plea of Guilty, and the

20 Reporter's Transcript of the Guilty Plea Hearing in this matter be filed and maintained under

21 seal. These documents shall be unsealed only after prior notice to all parties.

22 DATED:
            September 24, 2007
23                                                      _____
                                                        MARILYN HALL PATEL
24                                                      United States District Judge

25

26

27

28

   [PROPOSED] SEALING ORDER
   CR 07-0568 MHP