

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**FILED**

SEP 25 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

### CRIMINAL PRETRIAL MINUTES

Date: September 24, 2007

Case No.  CR 07-0568 MHP          Judge:  MARILYN H. PATEL

Title:  UNITED STATES -v- MARK JACOBSON (b)

Attorneys:   Plf: Kyle Waldinger
             Dft: Thomas Carlucci

Deputy Clerk:  Anthony Bowser   Court Reporter: Catherine Edwards

### PROCEEDINGS

1) Change of Plea Hearing

2) 

3) 

### ORDERED AFTER HEARING:

Defendant present in court; Defendant advised of rights and charges, and waives further hearing/trial; Defendant enters a guilty plea as to count(s) one of the Information;

Matter referred to USPO for Presentence Report;

Judgment & Sentencing set for 12/10/2007 at 9:00 a.m.

Plea Agreement, Application for Entry of Plea ordered sealed;