**United States District Court**

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FILED
FEB -1 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| vs. | Docket Number: CR 07-0568-1 MHP |
| Mark S. Jacobson | |

**ORDER CONTINUING DATE OF JUDGMENT AND SENTENCE**

ON MOTION OF THE PROBATION OFFICER and good cause appearing, it is hereby ordered that the judgment and sentence originally set for ___March 17, 2008___ be continued until ___May 19, 2008___ at ___9:00 a.m.___.

Date: 1/31/08

Marilyn Hall Patel
United States District Judge

NDC-PSR-009 12/06/04