JAN 3 0 2008

# UNITED STATES DISTRICT COURT



**NORTHERN DISTRICT OF CALIFORNIA**
**PROBATION OFFICE**

Yador J. Harrell
*ACTING CHIEF U.S. PROBATION OFFICER*

Please reply to:
1301 Clay Street Suite 220S
Oakland, CA 94612-5206
TEL: (510) 637-3600
FAX: (510) 637-3625

450 Golden Gate Avenue
Suite 17-6884; P.O. Box 36057
San Francisco, CA 94102-3487
TEL: (415) 436-7540
FAX: (415) 436-7572

FILED

January 28, 2008

FEB - 1 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

The Honorable Marilyn Hall Patel
United States District Judge

**RE: Mark Jacobson**
**Docket No. CR 07-0568-01 MHP**
<u>**Request for Continuance of Judgment and Sentencing**</u>

Your Honor:

On September 24, 2007, the defendant pled guilty to Conspiracy to Misappropriate, Receive, Possess, and Transmit Trade Secrets, Gain Unauthorized Access to a Protected Computer, Exceed Authorized Access to a Protected Computer, and Traffic in a Password Allowing Unauthorized Access to a Protected Computer, in violation of 18 U.S.C. §§ 1832(a) and 371. Judgment and Sentencing were set for March 17, 2008 and the matter was referred to the U.S. Probation Office for the completion of a presentence report and investigation.

As the Court is aware, the instant offense is complex and elaborate. This officer would appreciate more time to review the numerous documents provided to this officer by the Government. Also, contributing to this request is that this officer will be on leave from February 4, 2008, through February 14, 2008. Additionally, due to the nature of the offense and ongoing investigation, the officer did not receive the necessary discovery until January 16, 2008.

Given the aforementioned, this officer respectfully requests Judgment and Sentencing be continued from March 17, 2008, to May 19, 2008, at 9:00 a.m. This officer has confirmed that both government and defense counsel are available on the above date. Additionally, neither counsel opposes a continuance in this matter.

Should the court need further information or clarification, please do not hesitate to contact me at 510-637-3591.

If the Court is in agreement, a completed order is attached for Your Honor's convenience.

Respectfully Submitted,

Constance M. Cook
United States Probation Officer

Insa Amina Bel'Ochi
Supervising United States Probation Officer

cc: Kyle F. Waldinger, AUSA
    Thomas Carlucci and Aaron M. Schwarcz, Defense Counsel