1  BRIAN J. STRETCH (CSBN 163973)
   Acting United States Attorney
2
   KYLE F. WALDINGER (ILSB 6238304)
3  Assistant United States Attorney

4     450 Golden Gate Avenue, 11th Floor
      San Francisco, California 94l02
5     Telephone: (4l5) 436-6830
      Facsimile: (415) 436-7234
6
   Attorneys for Plaintiff
7

8                  UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10                    SAN FRANCISCO DIVISION

11
   UNITED STATES OF AMERICA,            )     NO. CR 07-0568 MHP
12                                      )
           Plaintiff,                   )     **STIPULATION AND [PROPOSED] ORDER**
13                                      )     **UNSEALING THE PLEA AGREEMENT**
                                        )
14         v.                           )
                                        )
15                                      )
   MARK JACOBSON,                       )
16                                      )
           Defendant.                   )
17 _____  )

18         The United States of America, by and through its attorney Assistant United States

19 Attorney Kyle F. Waldinger, and the defendant Mark Jacobson, by and through his attorney

20 Thomas F. Carlucci of Foley & Lardner LLP, hereby stipulate and agree that the Plea Agreement

21 in this matter may be unsealed. In further support of this request, the parties state as follows:

22         1.    The defendant entered his plea of guilty in open Court on September 24, 2007. At

23 that time, the Court ordered that the parties' Plea Agreement be filed under seal.

24         2.    Since that time, the United States has obtained an Indictment charging the

25 defendants David Nosal and Becky Christian with numerous offenses. That case is numbered

26 CR 08-0237 MHP. Both Nosal and Christian have made their initial appearances before

27 Magistrate Judge Larson, and Christian has made her initial appearance before this Court. Both

28 defendants are scheduled to appear before this Court on May 19, 2008.

STIPULATION AND [PROPOSED] ORDER
CR 07-0568 MHP

3. Both Nosal and Christian have requested Rule 16 discovery from the government. The government intends to produce in discovery the defendant Mark Jacobson's Plea Agreement to the defendants Nosal and Christian. Before doing so, the United States seeks unseal that agreement.

4. Accordingly, for the reasons stated above, the parties stipulate and agree that the defendant Mark Jacobson's Plea Agreement with the United States should be unsealed.

SO STIPULATED.

DATED: May 9, 2008       BRIAN J. STRETCH
                         Acting United States Attorney


                         _____/s/_____
                         KYLE F. WALDINGER
                         Assistant United States Attorney


DATED: May 9, 2008        _____/s/_____
                         THOMAS F. CARLUCCI
                         FOLEY & LARDNER LLP
                         Attorney for defendant Mark Jacobson

### [PROPOSED] ORDER

Good cause appearing therefor, it is hereby ordered that the plea agreement filed in this matter on or about September 24, 2007 is UNSEALED.

DATED: May __, 2008

                         _____
                         MARILYN HALL PATEL
                         UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER
CR 07-0568 MHP