1  BRIAN J. STRETCH (CSBN 163973)
   Acting United States Attorney
2
   KYLE F. WALDINGER (ILSB 6238304)
3  Assistant United States Attorney

4    450 Golden Gate Avenue, 11th Floor
     San Francisco, California 94l02
5    Telephone: (4l5) 436-6830
     Facsimile: (415) 436-7234
6
   Attorneys for Plaintiff
7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                        SAN FRANCISCO DIVISION

11
   UNITED STATES OF AMERICA,         )    NO. CR 07-0568 MHP
12                                   )
          Plaintiff,                 )    STIPULATION AND [PROPOSED] ORDER
13                                   )    UNSEALING THE PLEA AGREEMENT
                                     )
14        v.                         )
                                     )
15                                   )
   MARK JACOBSON,                    )
16                                   )
          Defendant.                 )
17 _____ )

18        The United States of America, by and through its attorney Assistant United States

19 Attorney Kyle F. Waldinger, and the defendant Mark Jacobson, by and through his attorney

20 Thomas F. Carlucci of Foley & Lardner LLP, hereby stipulate and agree that the Plea Agreement

21 in this matter may be unsealed. In further support of this request, the parties state as follows:

22        1.    The defendant entered his plea of guilty in open Court on September 24, 2007. At

23 that time, the Court ordered that the parties' Plea Agreement be filed under seal.

24        2.    Since that time, the United States has obtained an Indictment charging the

25 defendants David Nosal and Becky Christian with numerous offenses. That case is numbered

26 CR 08-0237 MHP. Both Nosal and Christian have made their initial appearances before

27 Magistrate Judge Larson, and Christian has made her initial appearance before this Court. Both

28 defendants are scheduled to appear before this Court on May 19, 2008.

STIPULATION AND [PROPOSED] ORDER
CR 07-0568 MHP

1      3.    Both Nosal and Christian have requested Rule 16 discovery from the government.
2  The government intends to produce in discovery the defendant Mark Jacobson's Plea Agreement
3  to the defendants Nosal and Christian. Before doing so, the United States seeks unseal that
4  agreement.

5      4.    Accordingly, for the reasons stated above, the parties stipulate and agree that the
6  defendant Mark Jacobson's Plea Agreement with the United States should be unsealed.
7  SO STIPULATED.

8  DATED: May 9, 2008        BRIAN J. STRETCH
                            Acting United States Attorney

                            /s/
11                             KYLE F. WALDINGER
                            Assistant United States Attorney

14 DATED: May 9, 2008          /s/
                            THOMAS F. CARLUCCI
15                             FOLEY & LARDNER LLP
                            Attorney for defendant Mark Jacobson

17                     **[PROPOSED] ORDER**

18     Good cause appearing therefor, it is hereby ordered that the plea agreement filed in this
19 matter on or about September 24, 2007 is UNSEALED.
20 DATED: May 12, 2008

                            MARILYN HALL PATEL
                            UNITED STATES [DISTRICT JUDGE]

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Marilyn H. Patel]*

STIPULATION AND [PROPOSED] ORDER
CR 07-0568 MHP