```
 1  BRIAN J. STRETCH (CSBN 163973)
    Acting United States Attorney
 2
    KYLE F. WALDINGER (ILSB 6238304)
 3  Assistant United States Attorney

 4     450 Golden Gate Avenue, 11th Floor
       San Francisco, California 94l02
 5     Telephone: (4l5) 436-6830
       Facsimile: (415) 436-7234
 6
    Attorneys for Plaintiff
 7
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 07-0568 MHP |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER UNSEALING THE APPLICATION FOR PERMISSION TO ENTER PLEA OF GUILTY |
| v. | |
| MARK JACOBSON, | |
| Defendant. | |

The United States of America, by and through its attorney Assistant United States Attorney Kyle F. Waldinger, and the defendant Mark Jacobson, by and through his attorney Thomas F. Carlucci of Foley & Lardner LLP, hereby stipulate and agree that the Application for Permission to Enter Plea of Guilty in this matter may be unsealed. In further support of this request, the parties state as follows:

1.   The defendant entered his plea of guilty in open Court on September 24, 2007. At that time, the Court ordered that the plea-related materials be filed under seal.

2.   Since that time, the United States has obtained an Indictment charging the defendants David Nosal and Becky Christian with numerous offenses. That case is numbered CR 08-0237 MHP. Christian's case is set for trial on August 5, 2008.

3.   The government intends to produce the defendant Mark Jacobson's Application

STIPULATION AND [PROPOSED] ORDER
CR 07-0568 MHP

for Permission to Enter Plea of Guilty to the defendants Nosal and Christian because it contains statements of the defendant. Before doing so, the United States seeks to unseal that application. (The Court previously unsealed the plea agreement.)

4. Accordingly, for the reasons stated above, the parties stipulate and agree that the defendant Mark Jacobson's Application for Permission to Enter Plea of Guilty with the United States should be unsealed. For purposes of clarity, the parties jointly request that the Court unseal the docket entries numbered 7 through 9, which all pertain to the defendant's entry of plea.

SO STIPULATED.

DATED: July 8, 2008    BRIAN J. STRETCH
    Acting United States Attorney

    /s/
    KYLE F. WALDINGER
    Assistant United States Attorney

DATED: July 8, 2008    /s/
    THOMAS F. CARLUCCI
    FOLEY & LARDNER LLP
    Attorney for defendant Mark Jacobson

### [PROPOSED] ORDER

Good cause appearing therefor, it is hereby ordered that the Application for Permission to Enter Plea of Guilty filed in this matter on or about September 24, 2007 is UNSEALED. The Court further orders that the docket entries 7 through 9 be UNSEALED.

DATED: July __, 2008

    MARILYN HALL PATEL
    UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER
CR 07-0568 MHP