BRIAN J. STRETCH (CSBN 163973)
Acting United States Attorney

KYLE F. WALDINGER (ILSB 6238304)
Assistant United States Attorney

   450 Golden Gate Avenue, 11th Floor
   San Francisco, California 94102
   Telephone: (415) 436-6830
   Facsimile: (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO.  CR 07-0568 MHP |
|     Plaintiff, | ) | **STIPULATION AND [PROPOSED] ORDER UNSEALING THE APPLICATION FOR PERMISSION TO ENTER PLEA OF GUILTY** |
|        v. | ) | |
| MARK JACOBSON, | ) | |
|     Defendant. | ) | |

    The United States of America, by and through its attorney Assistant United States

Attorney Kyle F. Waldinger, and the defendant Mark Jacobson, by and through his attorney

Thomas F. Carlucci of Foley & Lardner LLP, hereby stipulate and agree that the Application for

Permission to Enter Plea of Guilty in this matter may be unsealed.  In further support of this

request, the parties state as follows:

    1.    The defendant entered his plea of guilty in open Court on September 24, 2007.  At

that time, the Court ordered that the plea-related materials be filed under seal.

    2.    Since that time, the United States has obtained an Indictment charging the

defendants David Nosal and Becky Christian with numerous offenses.  That case is numbered

CR 08-0237 MHP.  Christian's case is set for trial on August 5, 2008.

    3.    The government intends to produce the defendant Mark Jacobson's Application

STIPULATION AND [PROPOSED] ORDER
CR 07-0568 MHP

1  for Permission to Enter Plea of Guilty to the defendants Nosal and Christian because it contains

2  statements of the defendant.  Before doing so, the United States seeks to unseal that application.

3  (The Court previously unsealed the plea agreement.)

4        4.     Accordingly, for the reasons stated above, the parties stipulate and agree that the

5  defendant Mark Jacobson's Application for Permission to Enter Plea of Guilty with the United

6  States should be unsealed.  For purposes of clarity, the parties jointly request that the Court

7  unseal the docket entries numbered 7 through 9, which all pertain to the defendant's entry of

8  plea.

9  SO STIPULATED.

10  DATED:  July 8, 2008            BRIAN J. STRETCH
                              Acting United States Attorney

11

12

13                                 /s/
                              KYLE F. WALDINGER
                              Assistant United States Attorney

14

15

16  DATED:  July 8, 2008                  /s/

17                                THOMAS F. CARLUCCI
                              FOLEY & LARDNER LLP
                              Attorney for defendant Mark Jacobson

18

19  **~~[PROPOSED]~~ ORDER**

20       Good cause appearing therefor, it is hereby ordered that the Application for Permission to

21  Enter Plea of Guilty filed in this matter on or about September 24, 2007 is UNSEALED.  The

22  Court further orders that the docket entries 7 through 9 be UNSEALED.

23

24  DATED: July 10, 2008

25

26  MARILYN HALL
    UNITED STATES

27

28

IT IS SO ORDERED

Judge Marilyn H. Patel

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

STIPULATION AND [PROPOSED] ORDER
CR 07-0568 MHP