1  BRIAN J. STRETCH (CSBN 163973)
   Acting United States Attorney
2
3  KYLE F. WALDINGER (ILSB 6238304)
   Assistant United States Attorney
4
   450 Golden Gate Avenue, 11th Floor
5  San Francisco, California 94l02
   Telephone: (4l5) 436-6830
6  Facsimile: (415) 436-7234

7  Attorneys for Plaintiff

8                      UNITED STATES DISTRICT COURT

9                     NORTHERN DISTRICT OF CALIFORNIA

10                          SAN FRANCISCO DIVISION

11
   UNITED STATES OF AMERICA,            )   NO.  CR 07-0568 MHP
12                                      )
            Plaintiff,                  )   STIPULATION AND [PROPOSED] ORDER
13                                      )   UNSEALING THE APPLICATION FOR
                                        )   PERMISSION TO ENTER PLEA OF GUILTY
14       v.                             )
                                        )
15                                      )
   MARK JACOBSON,                       )
16                                      )
            Defendant.                  )
17 _____)

18       The United States of America, by and through its attorney Assistant United States

19 Attorney Kyle F. Waldinger, and the defendant Mark Jacobson, by and through his attorney

20 Thomas F. Carlucci of Foley & Lardner LLP, hereby stipulate and agree that the Application for

21 Permission to Enter Plea of Guilty in this matter may be unsealed.  In further support of this

22 request, the parties state as follows:

23       1.    The defendant entered his plea of guilty in open Court on September 24, 2007.  At

24 that time, the Court ordered that the plea-related materials be filed under seal.

25       2.    Since that time, the United States has obtained an Indictment charging the

26 defendants David Nosal and Becky Christian with numerous offenses.  That case is numbered

27 CR 08-0237 MHP.  Christian's case is set for trial on August 5, 2008.

28       3.    The government intends to produce the defendant Mark Jacobson's Application

STIPULATION AND [PROPOSED] ORDER
CR 07-0568 MHP

for Permission to Enter Plea of Guilty to the defendants Nosal and Christian because it contains statements of the defendant.  Before doing so, the United States seeks to unseal that application.  (The Court previously unsealed the plea agreement.)

       4.      Accordingly, for the reasons stated above, the parties stipulate and agree that the defendant Mark Jacobson's Application for Permission to Enter Plea of Guilty with the United States should be unsealed.  For purposes of clarity, the parties jointly request that the Court unseal the docket entries numbered 7 through 9, which all pertain to the defendant's entry of plea.

SO STIPULATED.

DATED:   July 8, 2008                BRIAN J. STRETCH
                                       Acting United States Attorney

                                       /s/
                                       KYLE F. WALDINGER
                                       Assistant United States Attorney

DATED:   July 8, 2008                /s/
                                       THOMAS F. CARLUCCI
                                       FOLEY & LARDNER LLP
                                       Attorney for defendant Mark Jacobson

## [PROPOSED] ORDER

Good cause appearing therefor, it is hereby ordered that the Application for Permission to Enter Plea of Guilty filed in this matter on or about September 24, 2007 is UNSEALED.  The Court further orders that the docket entries 7 through 9 be UNSEALED.

DATED: July 10, 2008

                               MARILYN HALL PATEL
                               UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*

STIPULATION AND [PROPOSED] ORDER
CR 07-0568 MHP