1  BRIAN J. STRETCH (CSBN 163973)
   Acting United States Attorney
2
   KYLE F. WALDINGER (ILSB 6238304)
3  Assistant United States Attorney

4  450 Golden Gate Avenue, 11th Floor
   San Francisco, California 94102
5  Telephone: (415) 436-6830
   Facsimile: (415) 436-7234
6
   Attorneys for Plaintiff
7

8                          UNITED STATES DISTRICT COURT

9                         NORTHERN DISTRICT OF CALIFORNIA

10                              SAN FRANCISCO DIVISION

11
   UNITED STATES OF AMERICA,        )   No. CR 07-0568 MHP
12                                  )
           Plaintiff,                )
13                                  )   PARTIES' JOINT REQUEST TO CONTINUE
       v.                            )   SENTENCING DATE AND [PROPOSED]
14                                  )   ORDER
   MARK JACOBSON,                    )
15                                  )
           Defendant.                )
16                                  )
                                    )
17

18         It is hereby stipulated by and between counsel for the United States, Assistant U.S.

19  Attorney Kyle F. Waldinger, and counsel for defendant Mark Jacobson, Thomas Carlucci, that,

20  subject to the Court's approval, the sentencing hearing presently set for September 22, 2008, be

21  continued and set for sentencing hearing on February 9, 2009, at 9:00 a.m.  The United States has

22  previously determined from reviewing the Court's publicly posted scheduling information that

23  the Court is currently available for a hearing on that date.  The assigned probation officer,

24  Constance Cook, also has been consulted with respect to this date and has indicated that she is

25  available on that date.

26         The defendant Mark Jacobson pled guilty pursuant to a plea agreement on September 24,

27  2007, to one count of conspiracy to misappropriate, receive, possess, and transmit trade

28  secrets, gain unauthorized access to a protected computer, exceed authorized access to a

JOINT REQ. & [PROPOSED] ORDER
CR 07-0568 MHP

1  protected computer, and traffic in a password allowing unauthorized access to a protected
2  computer, in violation of 18 U.S.C. §§ 1832(a)(5) and 371.  The case was referred to the
3  Probation Office for a presentence report.  The plea agreement also includes standard terms of
4  cooperation.
5  　　　In light of continuing cooperation under the terms of the plea agreement, the parties
6  jointly request that the sentencing status hearing on September 22, 2008, be continued for a
7  sentencing hearing on February 9, 2009.  Additional time is needed for the defendant to complete
8  his cooperation with the government.  Specifically, charges have now been filed against two
9  additional individuals — David Nosal and Becky Christian.  That case is numbered CR 08-0237
10 MHP.  The case against the defendant Christian is set to proceed to trial on August 5, 2008, and
11 the defendant Jacobson is expected to testify in that trial.  The defendant Nosal's trial has not yet
12 been scheduled.  When the <u>Nosal</u> matter does proceed to trial, the defendant Jacobson is also
13 expected to testify in that matter.  Because Mr. Jacobson will be required to testify in two trials,
14 his cooperation with the government's investigation is not yet complete.
15 　　　For all of these reasons, the parties jointly request that this Court vacate the sentencing
16 hearing presently set for September 22, 2008, and set a sentencing hearing for February 9, 2009,
17 at 9:00 a.m.  In addition, the parties jointly request that the due dates for the presentence report
18 be calculated using the new sentencing date.
19 SO STIPULATED.
20 Dated: July 15, 2008                         BRIAN J. STRETCH
                                               Acting United States Attorney
21
22
                                               　　　/s/
23                                             KYLE F. WALDINGER
                                               Assistant United States Attorney
24
25 SO STIPULATED.
26 Dated: July 15, 2008                         　　　/s/
                                               THOMAS CARLUCCI
27                                             Attorney for defendant Mark Jacobson
28

1  **[PROPOSED] O R D E R**

2  GOOD CAUSE APPEARING,

3  IT IS ORDERED that the sentencing status hearing presently set for September 22, 2008,
4  be continued to February 9, 2009, at 9:00 a.m.  The final presentence report should be disclosed
5  two weeks prior to the sentencing date.

6  Dated this  17th day July, 2008



HON. MARILYN H. PATEL
UNITED STATES DISTRICT JUDGE