SCOTT N. SCHOOLS (SC 9990)
Associate Deputy Attorney General
Acting United States Attorney

KYLE F. WALDINGER (ILSB 6238304)
Assistant United States Attorney

    450 Golden Gate Avenue, 11th Floor
    San Francisco, California 94102
    Telephone: (415) 436-6830
    Facsimile: (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 07-0568 MHP |
|     Plaintiff, | |
| v. | PARTIES' JOINT REQUEST TO CONTINUE SENTENCING DATE AND [PROPOSED] ORDER |
| MARK JACOBSON, | |
|     Defendant. | |

    It is hereby stipulated by and between counsel for the United States, Assistant U.S. Attorney Kyle F. Waldinger, and counsel for defendant Mark Jacobson, Thomas Carlucci, that, subject to the Court's approval, the sentencing hearing presently set for June 1, 2009, be continued and set for sentencing hearing on September 28, 2009, at 9:00 a.m. The United States has previously determined from reviewing the Court's publicly posted scheduling information that the Court is currently available for a hearing on that date. The assigned probation officer, Constance Cook, also has been consulted with respect to this date and has indicated that she is available on that date.

    The defendant Mark Jacobson pled guilty pursuant to a plea agreement on September 24, 2007, to one count of conspiracy to misappropriate, receive, possess, and transmit trade secrets, gain unauthorized access to a protected computer, exceed authorized access to a

protected computer, and traffic in a password allowing unauthorized access to a protected computer, in violation of 18 U.S.C. §§ 1832(a)(5) and 371. The case was referred to the Probation Office for a presentence report. The plea agreement also includes standard terms of cooperation.

In light of continuing cooperation under the terms of the plea agreement, the parties jointly request that the sentencing status hearing on June 1, 2009, be continued for a sentencing hearing on September 28, 2009. Additional time is needed for the defendant to complete his cooperation with the government. Specifically, charges have now been filed against David Nosal. That case is numbered CR 08-0237 MHP.. The parties' next appearance in that matter is April 27, 2009, at which time the Court will likely either set a briefing schedule for additional motions, or set a trial date. When the Nosal matter does proceed to trial, the defendant Jacobson is expected to testify in that matter. Because Mr. Jacobson will be required to testify at trial, his cooperation with the government's investigation is not yet complete.

For all of these reasons, the parties jointly request that this Court vacate the sentencing hearing presently set for June 1, 2009, and set a sentencing hearing for September 28, 2009, at 9:00 a.m. In addition, the parties jointly request that the due dates for the presentence report be calculated using the new sentencing date.

SO STIPULATED.

Dated: April ___, 2009

SCOTT N. SCHOOLS
Acting United States Attorney

Kyle F. Waldinger
Digitally signed by Kyle F. Waldinger
DN: cn=Kyle F. Waldinger, o=United States Attorney's Office, ou, email=kyle.waldinger@usdoj.gov, c=US
Date: 2009.04.22 14:14:57 -07'00'

KYLE F. WALDINGER
Assistant United States Attorney

SO STIPULATED.

Dated: April 22, 2009

THOMAS CARLUCCI
Attorney for defendant Mark Jacobson

JOINT REQ. & [PROPOSED] ORDER
CR 07-0568 MHP                              -2-

~~[PROPOSED]~~ **O R D E R**

GOOD CAUSE APPEARING,

IT IS ORDERED that the sentencing status hearing presently set for June 1, 2009, be continued to September 28, 2009, at 9:00 a.m. The final presentence report should be disclosed two weeks prior to the sentencing date.

Dated this 23rd day April, 2009



IT IS SO ORDERED
Judge Marilyn H. Patel

JOINT REQ. & [PROPOSED] ORDER
CR 07-0568 MHP                                          -3-