SCOTT N. SCHOOLS (SC 9990)
Associate Deputy Attorney General
Acting United States Attorney

KYLE F. WALDINGER (ILSB 6238304)
Assistant United States Attorney

    450 Golden Gate Avenue, 11th Floor
    San Francisco, California 94102
    Telephone: (415) 436-6830
    Facsimile: (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 07-0568 MHP |
|---|---|---|
|     Plaintiff, | ) | |
| | ) | PARTIES' JOINT REQUEST TO CONTINUE |
| v. | ) | SENTENCING DATE AND [~~PROPOSED~~] |
| | ) | ORDER |
| MARK JACOBSON, | ) | |
|     Defendant. | ) | |
| _____ | ) | |

    It is hereby stipulated by and between counsel for the United States, Assistant U.S. Attorney Kyle F. Waldinger, and counsel for defendant Mark Jacobson, Thomas Carlucci, that, subject to the Court's approval, the sentencing hearing presently set for September 28, 2009, be continued and set for sentencing hearing on May 17, 2010, at 9:00 a.m. The United States has previously determined from reviewing the Court's publicly posted scheduling information that the Court is currently available for a hearing on that date. The assigned probation officer, Constance Cook, also has been consulted with respect to this date and has indicated that she is available on that date.

    The defendant Mark Jacobson pled guilty pursuant to a plea agreement on September 24, 2007, to one count of conspiracy to misappropriate, receive, possess, and transmit trade secrets, gain unauthorized access to a protected computer, exceed authorized access to a

JOINT REQ. & [PROPOSED] ORDER
CR 07-0568 MHP

1  protected computer, and traffic in a password allowing unauthorized access to a protected
2  computer, in violation of 18 U.S.C. §§ 1832(a)(5) and 371.  The case was referred to the
3  Probation Office for a presentence report.  The plea agreement also includes standard terms of
4  cooperation.
5       In light of continuing cooperation under the terms of the plea agreement, the parties
6  jointly request that the sentencing status hearing on September 28, 2009, be continued for a
7  sentencing hearing on May 17, 2010.  Additional time is needed for the defendant to complete
8  his cooperation with the government.  Specifically, charges have now been filed against an
9  alleged co-conspirator of the defendant, David Nosal.  The <u>Nosal</u> case is numbered CR 08-0237
10 MHP.  The <u>Nosal</u> case is set to proceed to trial on February 9, 2010.  The defendant Jacobson is
11 expected to testify in that trial.  Because Mr. Jacobson will be required to testify at trial, his
12 cooperation with the government's investigation is not yet complete.
13      For all of these reasons, the parties jointly request that this Court vacate the sentencing
14 hearing presently set for September 28, 2009, and set a sentencing hearing for May 17, 2010, at
15 9:00 a.m.  In addition, the parties jointly request that the due dates for the presentence report be
16 calculated using the new sentencing date.
17 SO STIPULATED.
18 Dated: August ___, 2009

    SCOTT N. SCHOOLS
    Acting United States Attorney

    Kyle F. Waldinger

    KYLE F. WALDINGER
    Assistant United States Attorney

22 SO STIPULATED.
23 Dated: August 11, 2009

    THOMAS CARLUCCI
    Attorney for defendant Mark Jacobson

JOINT REQ. & [PROPOSED] ORDER
CR 07-0568 MHP     -2-

[PROPOSED] O R D E R

GOOD CAUSE APPEARING,

IT IS ORDERED that the sentencing status hearing presently set for September 28, 2009, be continued to May 17, 2010, at 9:00 a.m. The final presentence report should be disclosed two weeks prior to the sentencing date.

Dated this 13th day August, 2009



IT IS SO ORDERED

Judge Marilyn H. Patel

HONORABLE MARILYN H. PATEL
UNITED STATES DISTRICT JUDGE