1  SCOTT N. SCHOOLS (SC 9990)
   Associate Deputy Attorney General
2  Acting United States Attorney

3  KYLE F. WALDINGER (ILSB 6238304)
   Assistant United States Attorney
4
      450 Golden Gate Avenue, 11th Floor
5     San Francisco, California 94102
      Telephone: (415) 436-6830
6     Facsimile: (415) 436-7234

7  Attorneys for Plaintiff

8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                        SAN FRANCISCO DIVISION
11

12 UNIFIED STATES OF AMERICA,       )   No. CR 07-0568 MHP
                                    )
13         Plaintiff,               )
                                    )   PARTIES' JOINT REQUEST TO CONTINUE
14     v.                           )   SENTENCING DATE AND [PROPOSED]
                                    )   ORDER
15 MARK JACOBSON,                   )
                                    )
16         Defendant.               )
                                    )
17 _____     )

18        It is hereby stipulated by and between counsel for the United States, Assistant U.S.

19 Attorney Kyle F. Waldinger, and counsel for defendant Mark Jacobson, Thomas Carlucci, that,

20 subject to the Court's approval, the sentencing hearing presently set for May 19, 2010, be

21 continued and set for sentencing hearing on October 18, 2010, at 9:00 a.m.  The United States

22 has previously determined from reviewing the Court's publicly posted scheduling information

23 that the Court is currently available for a hearing on that date.  The assigned probation officer,

24 Constance Cook, also has been consulted with respect to this date and has indicated that she is

25 available on that date.

26        The defendant Mark Jacobson pled guilty pursuant to a plea agreement on September 24,

27 2007, to one count of conspiracy to misappropriate, receive, possess, and transmit trade

28 secrets, gain unauthorized access to a protected computer, exceed authorized access to a

protected computer, and traffic in a password allowing unauthorized access to a protected computer, in violation of 18 U.S.C. §§ 1832(a)(5) and 371.  The case was referred to the Probation Office for a presentence report.  The plea agreement also includes standard terms of cooperation.

In light of continuing cooperation under the terms of the plea agreement, the parties jointly request that the sentencing status hearing on May 17, 2010, be continued for a sentencing hearing on October 18, 2010.  Additional time is needed for the defendant to complete his cooperation with the government.  Specifically, charges have now been filed against an alleged co-conspirator of the defendant, David Nosal.  The <u>Nosal</u> case is numbered CR 08-0237 MHP.  The United States has filed a notice of appeal in the <u>Nosal</u> case, and the case will not proceed to trial until that appeal is resolved.  The defendant Jacobson is expected to testify in that trial.  Because Mr. Jacobson will be required to testify at trial, his cooperation with the government's investigation is not yet complete.

For all of these reasons, the parties jointly request that this Court vacate the sentencing hearing presently set for May 17, 2010, and set a sentencing hearing for October 18, 2010, at 9:00 a.m.  In addition, the parties jointly request that the due dates for the presentence report be calculated using the new sentencing date.

SO STIPULATED.

Dated: April 7, 2010				SCOTT N. SCHOOLS
						Acting United States Attorney


						_____/s/_____
						KYLE F. WALDINGER
						Assistant United States Attorney

SO STIPULATED.

Dated: April 7, 2010				_____/s/_____
						THOMAS CARLUCCI
						Attorney for defendant Mark Jacobson

JOINT REQ. & [PROPOSED] ORDER
CR 07-0568 MHP                                       -2-

**[PROPOSED] O R D E R**

GOOD CAUSE APPEARING,

IT IS ORDERED that the sentencing status hearing presently set for May 17, 2010, be continued to October 18, 2010, at 9:00 a.m. The final presentence report should be disclosed two weeks prior to the sentencing date.

Dated this  8th  day April, 2010



HONORABLE MARILYN H. PATEL
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge Marilyn H. Patel

JOINT REQ. & [PROPOSED] ORDER
CR 07-0568 MHP                    -3-