SCOTT N. SCHOOLS (SCBN 9990)
Associate Deputy Attorney General

Attorney for the United States, Acting
Under Authority Conferred by 28
U.S.C. § 515

KYLE F. WALDINGER (ILSB 6238304)
Assistant United States Attorney

   450 Golden Gate Avenue, 11th Floor
   San Francisco, California 94102
   Telephone: (415) 436-6830
   Facsimile: (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,         )<br>                                                           )<br>      Plaintiff,                                    )<br>                                                           )<br>  v.                                                      )<br>                                                           )<br>MARK JACOBSON,                               )<br>                                                           )<br>      Defendant.                              )<br>_____ ) | No. CR 07-0568 MHP<br><br>PARTIES' JOINT REQUEST TO CONTINUE SENTENCING DATE AND [PROPOSED] ORDER |

      It is hereby stipulated by and between counsel for the United States, Assistant U.S. Attorney Kyle F. Waldinger, and counsel for defendant Mark Jacobson, Thomas Carlucci, that, subject to the Court's approval, the sentencing hearing presently set for October 18, 2010, be continued and set for sentencing hearing on March 28, 2011, at 9:00 a.m.  The United States has previously determined from reviewing the Court's publicly posted scheduling information that the Court is currently available for a hearing on that date.  The assigned probation officer, Constance Cook, also has been consulted with respect to this date and has indicated that she is available on that date.

      The defendant Mark Jacobson pled guilty pursuant to a plea agreement on September 24, 2007, to one count of conspiracy to misappropriate, receive, possess, and transmit trade

JOINT REQ. & [PROPOSED] ORDER
CR 07-0568 MHP

secrets, gain unauthorized access to a protected computer, exceed authorized access to a protected computer, and traffic in a password allowing unauthorized access to a protected computer, in violation of 18 U.S.C. §§ 1832(a)(5) and 371.  The case was referred to the Probation Office for a presentence report.  The plea agreement also includes standard terms of cooperation.

In light of continuing cooperation under the terms of the plea agreement, the parties jointly request that the sentencing status hearing on May 17, 2010, be continued for a sentencing hearing on October 18, 2010.  Additional time is needed for the defendant to complete his cooperation with the government.  Specifically, charges have now been filed against an alleged co-conspirator of the defendant, David Nosal.  The Nosal case is numbered CR 08-0237 MHP.  The United States has filed a notice of appeal in the Nosal case, and the case will not proceed to trial until that appeal is resolved.  The defendant Jacobson is expected to testify in that trial.  Because Mr. Jacobson will be required to testify at trial, his cooperation with the government's investigation is not yet complete.

For all of these reasons, the parties jointly request that this Court vacate the sentencing hearing presently set for October 18, 2010, and set a sentencing hearing for March 28, 2011, at 9:00 a.m.  In addition, the parties jointly request that the due dates for the presentence report be calculated using the new sentencing date.

SO STIPULATED.

Dated: September 13, 2010    SCOTT N. SCHOOLS
                             Attorney for the United States, Acting
                             Under Authority Conferred by 28
                             U.S.C. § 515


                             _____/s/_____
                             KYLE F. WALDINGER
                             Assistant United States Attorney


SO STIPULATED.

Dated: September 13, 2010    _____/s/_____
                             THOMAS CARLUCCI
                             Attorney for defendant Mark Jacobson

JOINT REQ. & [PROPOSED] ORDER
CR 07-0568 MHP                  -2-

**[PROPOSED]** O R D E R

GOOD CAUSE APPEARING,

IT IS ORDERED that the sentencing status hearing presently set for October 18, 2010, be continued to March 28, 2011, at 9:00 a.m. The final presentence report should be disclosed two weeks prior to the sentencing date.

Dated this  17th  day September, 2010



_____
HONORABLE MARILYN H. PATEL
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge Marilyn H. Patel