MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

KYLE F. WALDINGER (ILBN 6238304)
Assistant United States Attorney

   450 Golden Gate Avenue, 11th Floor
   San Francisco, California 94102
   Telephone: (415) 436-6830
   Facsimile: (415) 436-7234
   E-mail: kyle.waldinger@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 07-0568 MHP |
|    Plaintiff, ) | |
| v. ) | PARTIES' JOINT REQUEST TO CONTINUE SENTENCING DATE AND [~~PROPOSED~~] ORDER |
| MARK JACOBSON, ) | |
|    Defendant. ) | |

     It is hereby stipulated by and between counsel for the United States, Assistant United States Attorney Kyle F. Waldinger, and counsel for defendant Mark Jacobson, Thomas Carlucci, that, subject to the Court's approval, the sentencing hearing presently set for March 28, 2011, be continued and set for sentencing hearing on May 23, 2011 at 10:00 a.m.  The Court previously scheduled the hearing for the related defendant Becky Christian, CR 08-0237 MHP, for this date.

     The defendant Mark Jacobson pled guilty pursuant to a plea agreement on September 24, 2007, to one count of conspiracy to misappropriate, receive, possess, and transmit trade secrets, gain unauthorized access to a protected computer, exceed authorized access to a protected computer, and traffic in a password allowing unauthorized access to a protected computer, in violation of 18 U.S.C. §§ 1832(a)(5) and 371.  The case was referred to the

1  Probation Office for a presentence report. The plea agreement also includes standard terms of
2  cooperation.
3       In light of continuing cooperation under the terms of the plea agreement, the parties
4  jointly request that the sentencing status hearing on March 28, 2011, be continued for a
5  sentencing hearing on May 23, 2011. Additional time is needed for the defendant to complete
6  his cooperation with the government. Specifically, charges have been filed against an alleged co-
7  conspirator of the defendant, David Nosal. The <u>Nosal</u> case is numbered CR 08-0237 MHP. The
8  <u>Nosal</u> case is currently on appeal, and the case will not proceed to trial until that appeal is
9  resolved. The defendant Jacobson is expected to testify in that trial. Because Mr. Jacobson will
10 be required to testify at trial, his cooperation with the government's investigation is not yet
11 complete.
12      For all of these reasons, the parties jointly request that this Court vacate the sentencing
13 hearing presently set for March 28, 2011, and set a sentencing hearing for May 23, 2011, at 10:00
14 a.m. In addition, the parties jointly request that the due dates for the presentence report be
15 calculated using the new sentencing date.
16 SO STIPULATED.
17 Dated: February 23, 2011         MELINDA HAAG
                                               United States Attorney
18
19                                      _____/s/_____
20                                      KYLE F. WALDINGER
                                               Assistant United States Attorney
21
22 SO STIPULATED.
23 Dated: February 23, 2011         _____/s/_____
                                               THOMAS CARLUCCI
24                                              Attorney for defendant Mark Jacobson
25
26
27
28

1    **[PROPOSED] O R D E R**

3    GOOD CAUSE APPEARING,

4    IT IS ORDERED that the sentencing status hearing presently set for March 28, 2011, be
5    continued to May 23, 2011, at 10:00 a.m.  The final presentence report should be disclosed two
6    weeks prior to the sentencing date.

7    Dated this  23rd  day February , 2011



IT IS SO ORDERED
HONORABLE MARILYN H. PATEL
UNITED STATES DISTRICT JUDGE
Judge Marilyn H. Patel

JOINT REQ. & [PROPOSED] ORDER
CR 07-0568 MHP                -3-