1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  KYLE F. WALDINGER (ILBN 6238304)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, 11th Floor
6      San Francisco, California 94102
       Telephone: (415) 436-6830
7      Facsimile: (415) 436-7234
       E-mail: kyle.waldinger@usdoj.gov
8
   Attorneys for Plaintiff
9

10              UNITED STATES DISTRICT COURT

11             NORTHERN DISTRICT OF CALIFORNIA

12               SAN FRANCISCO DIVISION

13  UNITED STATES OF AMERICA,          )   No. CR 07-0568 EMC
                                       )
14          Plaintiff,                 )
                                       )
15     v.                              )   JOINT MOTION AND REQUEST TO
                                       )   CONTINUE STATUS HEARING AND
16  MARK JACOBSON,                     )   [PROPOSED] ORDER
                                       )
17          Defendant.                 )
                                       )
    _____)
18

19         Pursuant to Criminal Local Rule 32-2, the United States and the defendant Mark

20  Jacobson jointly request that the sentencing status hearing presently set for October 12, 2011, be

21  continued to January 18, 2012, at 2:30 p.m., for further status.

22         The defendant Mark Jacobson previously pled guilty pursuant to a plea agreement in

23  which he agreed to cooperate with the United States in its investigation and prosecution of other

24  individuals.  It is now anticipated that Mr. Jacobson will testify at the trial of the defendant David

25  Nosal in United States v. David Nosal, CR 08-0237 EMC.  The Nosal case is currently on appeal

26  before the Ninth Circuit.  Regardless of the Ninth Circuit's disposition of the United States'

27  appeal in the Nosal matter, at least some charges alleged in the Nosal Indictment will proceed to

28  trial, and Mr. Jacobson will testify at that trial.

JOINT MTN. & [PROPOSED] ORDER
CR 07-0568 EMC

1    Because Mr. Jacobson's cooperation with the government's investigation and prosecution

2  of other individuals is not yet complete, the parties jointly request that the Court continue the

3  scheduled sentencing status hearing of October 12, 2011, to January 18, 2012, at 2:30 p.m., for

4  further status.

5

6  Respectfully submitted,

7  Dated: August 24, 2011                    MELINDA HAAG
                                             United States Attorney
8

9                                            _____/s/_____

10                                           KYLE F. WALDINGER
                                             Assistant United States Attorney
11

12

13  Dated: August 24, 2011                   _____/s/_____
                                             THOMAS CARLUCCI
14                                           Attorney for defendant Mark Jacobson

15

16                          **[PROPOSED] O R D E R**

17      GOOD CAUSE APPEARING,

18      IT IS ORDERED that the sentencing status hearing presently set for October 12, 2011, be

19  continued to January 18, 2012, at 2:30 p.m., for further status.  The final presentence report

20  should be disclosed two weeks prior to the sentencing date.

21      Dated this ____ day August, 2011
                    31st

22

23  _____

24  HONORABL
    UNITED STA

25

26

27

28

JOINT MTN. & [PROPOSED] ORDER
CR 07-0568 EMC                    -2-