MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

KYLE F. WALDINGER (ILBN 6238304)
Assistant United States Attorney

    450 Golden Gate Avenue, 11th Floor
    San Francisco, California 94102
    Telephone: (415) 436-6830
    Facsimile: (415) 436-7234
    E-mail: kyle.waldinger@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 07-0568 MHP |
|---|---|---|
|     Plaintiff, | ) | |
| v. | ) | PARTIES' JOINT REQUEST TO CONTINUE STATUS HEARING DATE AND [PROPOSED] ORDER |
| MARK JACOBSON, | ) | |
|     Defendant. | ) | |

It is hereby stipulated by and between counsel for the United States, Assistant U.S. Attorney Kyle F. Waldinger, and counsel for defendant Mark Jacobson, Thomas F. Carlucci, that, subject to the Court's approval, the status hearing presently set for January 18, 2012, be continued and set for a status hearing on April 25, 2012, at 2:30 p.m. The United States has learned from the Court's publicly posted availability information that the Court is available on that date.

The defendant Mark Jacobson pled guilty pursuant to a plea agreement on September 24, 2007, to one count of conspiracy to misappropriate, receive, possess, and transmit trade secrets, gain unauthorized access to a protected computer, exceed authorized access to a protected computer, and traffic in a password allowing unauthorized access to a protected

JOINT REQ. & [PROPOSED] ORDER
CR 07-0568 EMC

1  computer, in violation of 18 U.S.C. §§ 1832(a)(5) and 371.  The case was referred to the
2  Probation Office for a presentence report.  The plea agreement also includes standard terms of
3  cooperation.
4      In light of continuing cooperation under the terms of the plea agreement, the parties
5  jointly request that the status hearing on January 18, 2012, be continued for a status hearing on
6  April 25, 2012, at 2:30 p.m.  Additional time is needed for the defendant to complete his
7  cooperation with the government, and, accordingly, this matter is not yet ready to proceed to
8  sentencing.  Specifically, charges have been filed against an alleged co-conspirator of the
9  defendant, David Nosal.  The <u>Nosal</u> case is numbered CR 08-0237 EMC.  The United States has
10 filed a notice of appeal in the <u>Nosal</u> case, and an <u>en banc</u> oral argument was held on December
11 15, 2011.  The <u>Nosal</u> case will not proceed to trial until the appeal is resolved.  The defendant
12 Jacobson is expected to testify in that trial.  Because Mr. Jacobson will be required to testify at
13 trial, his cooperation with the government's investigation is not yet complete.
14     For all of these reasons, the parties jointly request that this Court vacate the status hearing
15 presently set for January 18, 2012, and set a status hearing for April 25, 2012, at 2:30 p.m.
16 SO STIPULATED.
17 Dated: January 6, 2012                                    MELINDA HAAG
                                                             United States Attorney
18
19
20                                                           _____/s/_____
                                                             KYLE F. WALDINGER
21                                                           Assistant United States Attorney
22
23
24 Dated: January 6, 2012                                    _____/s/_____
                                                             THOMAS F. CARLUCCI
25                                                           Attorney for defendant Mark Jacobson

26                              **[PROPOSED] O R D E R**
27     GOOD CAUSE APPEARING,
28     IT IS ORDERED that the status hearing presently set for January 18, 2012, is vacated.

JOINT REQ. & [PROPOSED] ORDER
CR 07-0568 EMC                                 -2-

1 | The parties are ordered to appear for a status hearing on April 25, 2012, at 2:30 p.m.

2

3 |     Dated this <u>12th</u> day of January, 2012

4

5 |                                                    _____

6 |                                                    HONORABLE
UNITED ST...



JOINT REQ. & [PROPOSED] ORDER
CR 07-0568 EMC                                    -3-