1  MELINDA HAAG (CABN 132612)
   United States Attorney

2

   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  KYLE F. WALDINGER (ILBN 6238304)
   Assistant United States Attorney

5
       450 Golden Gate Avenue, 11th Floor
6      San Francisco, California 94102
       Telephone: (415) 436-6830
7      Facsimile: (415) 436-7234
       E-mail: kyle.waldinger@usdoj.gov

8
   Attorneys for Plaintiff
9

10              UNITED STATES DISTRICT COURT

11             NORTHERN DISTRICT OF CALIFORNIA

12                 SAN FRANCISCO DIVISION

13  UNITED STATES OF AMERICA,      )    No. CR 07-0568 MHP
                                    )
14          Plaintiff,              )
                                    )
15      v.                          )    PARTIES' JOINT REQUEST TO CONTINUE
                                    )    STATUS HEARING DATE AND [PROPOSED]
                                    )    ORDER
16  MARK JACOBSON,                  )
                                    )
17          Defendant.              )
                                    )
18  _____ )

19      It is hereby stipulated by and between counsel for the United States, Assistant U.S.

20  Attorney Kyle F. Waldinger, and counsel for defendant Mark Jacobson, Thomas F. Carlucci, that,

21  subject to the Court's approval, the status hearing presently set for April 25, 2012, be continued

22  and set for a status hearing on September 5, 2012, at 2:30 p.m.  The United States has learned

23  from the Court's publicly posted availability information that the Court is available on that date.

24      The defendant Mark Jacobson pled guilty pursuant to a plea agreement on September 24,

25  2007, to one count of conspiracy to misappropriate, receive, possess, and transmit trade

26  secrets, gain unauthorized access to a protected computer, exceed authorized access to a

27  protected computer, and traffic in a password allowing unauthorized access to a protected

28  computer, in violation of 18 U.S.C. §§ 1832(a)(5) and 371.  The case was referred to the

JOINT REQ. & [PROPOSED] ORDER
CR 07-0568 EMC

1  Probation Office for a presentence report.  The plea agreement also includes standard terms of

2  cooperation.

3       In light of continuing cooperation under the terms of the plea agreement, the parties

4  jointly request that the status hearing on April 25, 2012, be continued for a status hearing on

5  September 5, 2012, at 2:30 p.m.  Additional time is needed for the defendant to complete his

6  cooperation with the government, and, accordingly, this matter is not yet ready to proceed to

7  sentencing.  Specifically, charges have been filed against an alleged co-conspirator of the

8  defendant, David Nosal.  The Nosal case is numbered CR 08-0237 EMC.  The United States has

9  filed a notice of appeal in the Nosal case, and an en banc oral argument was held on December

10  15, 2011.  The Nosal case will not proceed to trial until the appeal is resolved.  The defendant

11  Jacobson is expected to testify in that trial.  Because Mr. Jacobson will be required to testify at

12  trial, his cooperation with the government's investigation is not yet complete.

13       For all of these reasons, the parties jointly request that this Court vacate the status hearing

14  presently set for April 25, 2012, and set a status hearing for September 5, 2012, at 2:30 p.m.

15  SO STIPULATED.

16  Dated: April 9, 2012                    MELINDA HAAG
                                            United States Attorney

17

18

19                                          _____/s/_____
                                            KYLE F. WALDINGER
                                            Assistant United States Attorney

20

21

22

23  Dated: April 9, 2012                    _____/s/_____
                                            THOMAS F. CARLUCCI
                                            Attorney for defendant Mark Jacobson

24

25

26

27

28

JOINT REQ. & [PROPOSED] ORDER
CR 07-0568 EMC                           -2-

1

**[PROPOSED] O R D E R**

2      GOOD CAUSE APPEARING,

3      IT IS ORDERED that the status hearing presently set for April 25, 2012, is vacated.  The

4  parties are ordered to appear for a status hearing on September 5, 2012, at 2:30 p.m.

5

6         Dated this ____ day of April, 2012
                  10th

7

8                                                    _____
                                        HONORABLE EDWARD M. CHEN
9                                       UNITED STATES DISTRICT JUDGE



10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT REQ. & [PROPOSED] ORDER
CR 07-0568 EMC                                    -3-