1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
3  MIRANDA KANE (CABN 150630)
   Chief, Criminal Division
4  KYLE F. WALDINGER (ILBN 6238304)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, 11th Floor
6      San Francisco, California 94102
       Telephone: (415) 436-6830
7      Facsimile: (415) 436-7234
       E-mail: kyle.waldinger@usdoj.gov
8
   Attorneys for Plaintiff
9
                     UNITED STATES DISTRICT COURT
10
                    NORTHERN DISTRICT OF CALIFORNIA
11
                         SAN FRANCISCO DIVISION
12
   UNITED STATES OF AMERICA,        )   No. CR 07-0568 MHP
13                                  )
           Plaintiff,                )
14                                  )   PARTIES' JOINT REQUEST TO CONTINUE
       v.                           )   STATUS HEARING DATE AND [PROPOSED]
15                                  )   ORDER
   MARK JACOBSON,                   )
16                                  )
           Defendant.                )
17  _____)

18      It is hereby stipulated by and between counsel for the United States, Assistant U.S.

19  Attorney Kyle F. Waldinger, and counsel for defendant Mark Jacobson, Thomas F. Carlucci, that,

20  subject to the Court's approval, the status hearing presently set for September 5, 2012, be

21  continued and set for a status hearing on January 23, 2013, at 2:30 p.m.  The United States has

22  learned from the Court's publicly posted availability information that the Court is available on

23  that date.

24      The defendant Mark Jacobson pled guilty pursuant to a plea agreement on September 24,

25  2007, to one count of conspiracy to misappropriate, receive, possess, and transmit trade

26  secrets, gain unauthorized access to a protected computer, exceed authorized access to a

27  protected computer, and traffic in a password allowing unauthorized access to a protected

28  computer, in violation of 18 U.S.C. §§ 1832(a)(5) and 371.  The case was referred to the

JOINT REQ. & [PROPOSED] ORDER
CR 07-0568 EMC

1  Probation Office for a presentence report.  The plea agreement also includes standard terms of
2  cooperation.
3        In light of continuing cooperation under the terms of the plea agreement, the parties
4  jointly request that the status hearing on September 5, 2012, be continued for a status hearing on
5  January 23, 2013, at 2:30 p.m.  Additional time is needed for the defendant to complete his
6  cooperation with the government, and, accordingly, this matter is not yet ready to proceed to
7  sentencing.  Specifically, charges have been filed against an alleged co-conspirator of the
8  defendant, David Nosal.  The <u>Nosal</u> case is numbered CR 08-0237 EMC.  The <u>Nosal</u> case has
9  been on appeal.  Earlier this month, the mandate of the Ninth Circuit issued, and the parties in the
10 <u>Nosal</u> case are scheduled to appear for a status conference on August 29, 2012.  The United
11 States anticipates that a trial date will be set at that time, or shortly thereafter.  The defendant
12 Jacobson is expected to testify in that trial.  Because Mr. Jacobson will be required to testify at
13 trial, his cooperation with the government's investigation is not yet complete.
14       For all of these reasons, the parties jointly request that this Court vacate the status hearing
15 presently set for September 5, 2012, and set a status hearing for January 23, 2013, at 2:30 p.m.
16 SO STIPULATED.

17 Dated: August 13, 2012       MELINDA HAAG
      United States Attorney

      /s/
      KYLE F. WALDINGER
      Assistant United States Attorney


Dated: August 13, 2012       /s/
      THOMAS F. CARLUCCI
      Attorney for defendant Mark Jacobson

## [~~PROPOSED~~] O R D E R

GOOD CAUSE APPEARING,

IT IS ORDERED that the status hearing presently set for September 5, 2012, is vacated.

1  The parties are ordered to appear for a status hearing on January 23, 2013, at 2:30 p.m.

    Dated this __13th__ day of August, 2012

    **IT IS SO ORDERED**
    Judge Edward M. Chen

    _____
    HON.                         EN
    UNIT                         DGE