1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
3  J. DOUGLAS WILSON (DCBN 412811)
   Chief, Criminal Division
4
   KYLE F. WALDINGER (ILBN 6238304)
   Assistant United States Attorney
5
6      450 Golden Gate Avenue, 11th Floor
       San Francisco, California 94102
7      Telephone: (415) 436-6830
       Facsimile: (415) 436-7234
8      E-mail: kyle.waldinger@usdoj.gov

9  Attorneys for Plaintiff

                     UNITED STATES DISTRICT COURT
10
                    NORTHERN DISTRICT OF CALIFORNIA
11
                         SAN FRANCISCO DIVISION
12

13 UNITED STATES OF AMERICA,           )   No. CR 07-0568 EMC
                                       )
14         Plaintiff,                  )
                                       )   PARTIES' JOINT REQUEST TO CONTINUE
15     v.                              )   SENTENCING HEARING AND [~~PROPOSED~~]
                                       )   ORDER
16 MARK JACOBSON,                      )
                                       )
17         Defendant.                  )
   _____)

18      It is hereby stipulated by and between counsel for the United States, Assistant U.S.

19 Attorney Kyle F. Waldinger, and counsel for defendant Mark Jacobson, Thomas F. Carlucci, that,

20 subject to the Court's approval, the sentencing hearing presently set for October 30, 2013 be

21 continued and set for a sentencing hearing on December 4, 2013 at 2:30 p.m.  The United States

22 has learned from the Court's publicly posted availability information that the Court is available

23 on that date.  The United States has also consulted with the assigned Probation Officer, who

24 states that she is also available on that date.

25      The defendant Mark Jacobson pled guilty pursuant to a plea agreement on September 24,

26 2007 to one count of conspiracy to misappropriate, receive, possess, and transmit trade secrets,

27 gain unauthorized access to a protected computer, exceed authorized access to a protected

28 computer, and traffic in a password allowing unauthorized access to a protected computer, in

JOINT REQ. & [PROPOSED] ORDER
CR 07-0568 EMC

violation of 18 U.S.C. §§ 1832(a)(5) and 371.  The case was referred to the Probation Office for a presentence report.  The plea agreement also includes standard terms of cooperation.

The parties jointly request that the sentencing hearing on October 30, 2013 be continued to December 4, 2013 at 2:30 p.m.  As the Court is aware, Mr. Jacobson testified in April 2013 in the trial of the defendant David Nosal in case number CR 08-0237 EMC.  The defendant Nosal's sentencing hearing was originally scheduled for September 4, 2013, but that date was later continued to October 9, 2013.  The parties jointly request that Mr. Jacobson's sentencing date be continued to December 4, 2013 in order to provide the government sufficient time to fully assess the value of his cooperation with the government following the Nosal sentencing.  In addition, it is possible that Mr. Jacobson may provide additional cooperation with respect to the Nosal sentencing.

For all of these reasons, the parties jointly request that this Court vacate the sentencing hearing presently set for October 30, 2013 and set a sentencing hearing for December 4, 2013 at 2:30 p.m.  In addition, the parties jointly request that the due dates for the presentence report be calculated using the new sentencing date.

SO STIPULATED.

Dated: August 21, 2013         MELINDA HAAG
                               United States Attorney


                                    /s/
                               KYLE F. WALDINGER
                               Assistant United States Attorney


Dated: August 21, 2013              /s/
                               THOMAS F. CARLUCCI
                               Attorney for defendant Mark Jacobson

JOINT REQ. & [PROPOSED] ORDER
CR 07-0568 EMC                           -2-

**[PROPOSED] O R D E R**

GOOD CAUSE APPEARING,

IT IS ORDERED that the sentencing hearing presently set for October 30, 2013 is vacated. The parties are ordered to appear for a sentencing hearing on December 4, 2013, at 2:30 p.m. The final presentence report should be disclosed two weeks prior to the sentencing date.

Dated this __21st__ day of August, 2013.



_____
THE HONORABLE EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE

JOINT REQ. & [PROPOSED] ORDER
CR 07-0568 EMC                           -3-