1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   J. DOUGLAS WILSON (DCBN 412811)
3  Chief, Criminal Division

4  KYLE F. WALDINGER (ILBN 6238304)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, 11th Floor
6      San Francisco, California 94102
       Telephone: (415) 436-6830
7      Facsimile: (415) 436-7234
       E-mail: kyle.waldinger@usdoj.gov
8
   Attorneys for Plaintiff
9

10                       UNITED STATES DISTRICT COURT

11                       NORTHERN DISTRICT OF CALIFORNIA

12                             SAN FRANCISCO DIVISION

13 | UNITED STATES OF AMERICA, | ) No. CR 07-0568 EMC
14 |     Plaintiff, | ) **JOINT MOTION AND REQUEST TO CONTINUE HEARING AND SET SENTENCING DATE AND [P~~ROPOSED~~] ORDER**
15 |     v., |
16 | MARK JACOBSON, |
17 |     Defendant. |

18

19      The United States and the defendant Mark Jacobson jointly request that the hearing presently set

20 for April 23, 2014, be continued to June 4, 2014, for a sentencing hearing. According to the Court's

21 website, this date is available. The Probation Officer has also been consulted, and she is available on

22 this date.

23      As the Court is aware, Mr. Jacobson testified in April 2013 in the trial of the defendant David

24 Nosal. The defendant Nosal was sentenced to one year and one day of imprisonment on January 8,

25 2014. A restitution hearing is scheduled for February 12, 2014. Although the current April 23, 2014

26 sentencing date would likely provide the government with sufficient time to fully assess the value of Mr.

27 Jacobson's cooperation in advance of sentencing, the government has learned that the defendant's wife

28 is expecting a child in April 2014. To accommodate this important event, the parties request that the

JOINT MTN. & [PROPOSED] ORDER
CR 07-0568 EMC                                                                      1

1  Court continue Jacobson's sentencing date to June 4, 2014.

2  For all of these reasons, the parties jointly request that this Court vacate the hearing presently set
3  for April 23, 2014 and set a sentencing hearing for June 4, 2014.  In addition, the parties jointly request
4  that the due dates for the presentence report be calculated using the new sentencing date.
5  SO STIPULATED.

6  Dated: February 5, 2014                          MELINDA HAAG
                                                    United States Attorney
7

8

9                                                  _____/s/_____
                                                   KYLE F. WALDINGER
10                                                 Assistant United States Attorney

11

12

13  Dated: February 5, 2014                         _____/s/_____
                                                    THOMAS F. CARLUCCI
14                                                  Attorney for defendant Mark Jacobson

15

16

17                              **[PROP~~O~~SED] O R D E R**

18  GOOD CAUSE APPEARING,

19  IT IS ORDERED that the hearing presently set for April 23, 2014 is vacated.  The parties are
20  ordered to appear for a sentencing hearing on June 4, 2014.  The final presentence report should be
21
22  disclosed two weeks prior to the sentencing date.

23

24  Dated this  14th  day of February, 2014.

                                                    IT IS SO ORDERED
                                                    Judge Edward M. Chen

JOINT MTN. & [PROPOSED] ORDER
CR 07-0568 EMC                                                                                    2